THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 5, 2018



Susan V. Kelley
Chief United States Bankruptcy Judge

U S BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:   HOLLY K MCCLURE-LARSON<br>3632 E UNDERWOOD AVE<br>CUDAHY, WI  53110 | CHAPTER 13<br><br>Case No. 18-25031-SVK<br><br>PAYROLL ORDER |

### ORDER FOR PAYROLL DEDUCTIONS

To HOLLY K MCCLURE-LARSON

IT IS ORDERED THAT:

1.  You shall pay the sum listed below to the Chapter 13 Trustee according to the following schedule.

| Due Date | Amount | Frequency |
|---|---|---|
| 06/20/2018 | $150.00 | MONTHLY |

2.  Payment shall be made by money order, cashiers check, certified check or equivalent, and not by personal check or cash, and should be made payable to the Chapter 13 Trustee.  INCLUDE YOUR **NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE, AND MAIL TO:

**CHAPTER 13 TRUSTEE**
**P.O. BOX 1102**
**MEMPHIS, TN 38101-1102**

**or to pay electronically go to http://ch13oshkosh.com/epay**

3.  This Order supersedes any previous Order for payment in this case.

Debtor(s):
HOLLY K MCCLURE-LARSON
3632 E UNDERWOOD AVE
CUDAHY, WI  53110

Debtor(s) Attorney:
DEBT ADVISORS SC
2600 N MAYFAIR ROAD, SUITE 700
MILWAUKEE, WI 53226

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**CHAPTER 13 TRUSTEE**
**P O BOX 3170**
**OSHKOSH, WI 54903-3170**
**Telephone: (920) 231-2150**
**Email: info@ch13oshkosh.com**

Trustee Issued Date:  June 05, 2018

#####