In re:                                                        Case No. 18-25031-svk
Holly K McClure-Larson                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0757-2        User: jam            Page 1 of 1              Date Rcvd: Jul 02, 2018
                           Form ID: pdf1         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
db             +Holly K McClure-Larson,   3632 E Underwood ave,   Cudahy, WI 53110-1933
10530043       +Axcess Financial,   7755 Montogomery Rd,   Suite 400,   Cincinnati, OH 45236-4197
10530044       +Capitol Real Eastate Management,   347 E Lincoln Ave,   Milwaukee, WI 53207-1570
10530046       +Dept of Ed / 582 / Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
10530048       +Mitchell Bank,   1039 W. Mitchell St.,   Milwaukee, WI 53204-3308
10530050       +Reunion Student Loan Finance Corporation,   Attn: Bankruptcy,   105 1st Ave Sw,
                Aberdeen, SD 57401-4104
10530051        Special Procedures Unit,   Wisconsin Department of Revenue,   PO Box 8901,
                Madison, WI 53708-8901
10530052       +Title Max,   7250 N. 76th St.,   Milwaukee, WI 53223-4502
10530053       +WI Title Loan,   235 W Layton Ave,   Milwaukee, WI 53207-5925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10530042        E-mail/Text: ebn@americollect.com Jul 03 2018 02:14:55      Americollect,   Po Box 1566,
                1851 South Alverno Road,   Manitowoc, WI 54221
10530045       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 03 2018 02:09:57      Credit One Bank,
                Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
10530047        E-mail/Text: cio.bncmail@irs.gov Jul 03 2018 02:14:02      Internal Revenue Service,
                Department of the Treasury,   P.O. Box 7346,   Philadelphia, PA 19101-7346
10530049       +E-mail/Text: bkdepartment@rtresolutions.com Jul 03 2018 02:15:05      Real Time Resolutions,
                Attn: Bankruptcy,   Po Box 36655,   Dallas, TX 75235-1655
10555165       +E-mail/Text: electronicbkydocs@nelnet.net Jul 03 2018 02:14:39
                U.S. Department of Education c/o Nelnet,   US Department of Education c/o Nelnet,
                121 South 13th Street, Suite 201,   Lincoln, NE 68508-1911
                                                                                 TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
nfs             Orion J Larson,   address unknown
ptcrd*         +Mitchell Bank,   1039 W. Mitchell Street,   Milwaukee, WI 53204-3308
                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2018 at the address(es) listed below:
              James P. Maloney    on behalf of Petitioning Creditor   Mitchell Bank maloney1027@gmail.com
              Michael S. Georg    on behalf of Debtor Holly K McClure-Larson georg42370@gmail.com,
              Debtadvisors@IAmTheWolf.com, jg@mydebtadvisors.com,debtadvisors@stratusbk.com
              Office of the U. S. Trustee   ustpregion11.mi.ecf@usdoj.gov
              Rebecca R. Garcia   filings@ch13oshkosh.com
                                                                 TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In Re:

HOLLY K MCCLURE LARSON

Chapter 13

Debtor

Case No. 2018-25031-SVK-13

## MOTION AND NOTICE OF MOTION TO DISMISS - UNCONFIRMED PLAN

NOTICE IS HEREBY GIVEN that the Chapter 13 Standing Trustee, Rebecca R. Garcia pursuant to 11 U.S.C. 1307(c), does hereby move the Court for an Order dismissing this case for cause, including;

Material delay detrimental to creditors, specifically for the reason that the debtor:

Failed to attend the section § 341 Meeting of Creditors on June 26, 2018.
Failed to commence Plan payments within 30 days after the Petition was filed as required by § 1326.

Unless an objection (or fee application for a greater amount) is filed on or before the deadline for objecting to this motion to dismiss, the Trustee will pay up to $1,000 of funds on hand (less the pre-petition fees paid directly to the attorney as disclosed on Form B2030) to the Debtor's attorney as an administrative claim before refunding any funds to the Debtor.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, should you have one in this case.  (If you do not have an attorney, you may wish to consult one).

**ANY OBJECTION TO THE RELIEF REQUESTED BY THIS MOTION SHOULD BE IN WRITING SPECIFYING LEGALLY SUFFICIENT GROUNDS WHY THE MOTION SHOULD NOT BE GRANTED AND SHOULD BE FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, ROOM 126, U.S. COURTHOUSE, 517 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202 WITHIN 21 DAYS OF THE DATE OF THE MAILING OF THIS NOTICE. SHOULD AN OBJECTION NOT BE IN COMPLIANCE WITH THESE REQUIREMENTS THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.  IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.**

/s/ Rebecca R. Garcia
Chapter 13 Trustee

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**