# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In Re: Holly K. McClure-Larson,** | **Chapter 13** |
| **Debtor** | **Case No. 18-25031-SVK** |

### OBJECTION TO THE TRUSTEE'S MOTION TO DISMISS

Debtor, Holly K. McClure-Larson, by her attorneys of Debt Advisors, S.C., hereby objects to the Motion to Dismiss and represents as follows:

1. Debtor filed her Chapter 13 Bankruptcy on May 21, 2018.
2. Trustee Rebecca R. Garcia has filed a Motion to Dismiss for failure to attend the Meeting of Creditors. Also, failure to make plan payments.
3. Debtor agrees to a doomsday on appearance at an adjourned Meeting of Creditors.
4. Debtor agrees to a doomsday on plan payments moving forward.

**WHEREFORE**, Debtor requests that the Motion to Dismiss filed by the Trustee be denied or, in the alternative, that a hearing be set in this matter.

Dated this 26th day of July, 2018

**Debt Advisors, S.C.**
/s/ Michael S. Georg
Michael S. Georg, #1029502

Debt Advisors, S.C.
2600 N. Mayfair Rd., Suite 700
Milwaukee, WI 53226
P: (414) 755-2400
F: (414) 257-0172

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In Re: Holly K. McClure-Larson,** | Chapter 13 |
| **Debtor** | Case No. 18-25031-SVK |

## NOTICE OF OBJECTION TO THE
## TRUSTEE'S MOTION TO DISMISS

**PLEASE TAKE NOTICE** that a telephone hearing will be held before the Honorable Susan V. Kelley, United States Bankruptcy Judge, **on August 14, 2018 at 9:45 a.m.**, to consider the Trustee's Motion to Dismiss.

To appear by telephone, you must call the Court conference line at 1-888-675-2535, access code 9918878 before the scheduled hearing time. Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called. The Debtors are welcome, but not required to participate in this hearing.

Dated this 26th day of July, 2018

**Debt Advisors, S.C.**
/s/ Michael S. Georg
Michael S. Georg, #1029502

Debt Advisors, S.C.
2600 N. Mayfair Rd., Suite 700
Milwaukee, WI 53226
P: (414) 755-2400
F: (414) 257-0172

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In Re: Holly K. McClure-Larson,** | **Chapter 13** |
| **Debtor** | **Case No. 18-25031-SVK** |

## CERTIFICATE OF MAILING

The undersigned, an Attorney, does hereby certify that a copy of the Objection to the Trustee's Motion to Dismiss filed on July 26, 2018, was electronically served or mailed on the date listed below to:

1. United States Trustee's Office, via ECF.

2. Rebecca R. Garcia, via ECF.

3. Debtor.

Dated this 26th day of July, 2018

/s/ Michael S. Georg
Michael S. Georg, #1029502

Debt Advisors, S.C.
2600 N. Mayfair Road, Ste. 700
Milwaukee, WI 53226
P: 414-755-2400
F: 414-257-0172